**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JIMMY LEE ANDERS, JR.** **PETITIONER**

**V.** **CIVIL ACTION NO. 3:26-CV-00304-GHD-RP**

**BURL CAIN** **RESPONDENT**

# ORDER

Jimmy Lee Anders, Jr., proceeding *pro se*, has filed a petition for federal habeas relief under 28 U.S.C. § 2254. It is **ORDERED**:

1. That Petitioner's motion [2] to proceed *in forma pauperis* is **GRANTED**.

2. That no later than December 21, 2026, the respondent, through the Attorney General of the State of Mississippi, must file a response to this petition, along with all relevant transcripts of the proceedings in the state courts of Mississippi arising from the petitioner's conviction for sell of a controlled substance in the Circuit Court of Calhoun County, Mississippi (to the extent such are relevant to the State's response).

3. Within fourteen (14) days of service upon him of a copy of the respondent's response, the petitioner may file his reply to the allegations contained in the response.

4. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Bridgette Grant and Erin Rutherford. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

5. Respondent shall not be required to respond to any future motions filed by Petitioner in this cause unless the Court enters an Order directing that such response be filed.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this the 6th day of October, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE